UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Cause No. |
| TRENT WALKER, | ) ) ) | 3:20-cr-0012 RLY-MPB |
| Defendant. | ) | |

FILED
MAR 03 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## INDICTMENT

The Grand Jury charges that:

### General Allegations for All Counts

At times material to these charges:

1. The Defendant, TRENT WALKER (hereinafter "WALKER" or "the Defendant"), was a resident of Rockport, Spencer County, Indiana.

### Victims

2. The pseudonym "Minor Victim 1" represents a 7-year-old minor girl, who lived in Whitesville, Kentucky. She was born in 2012.

3. The pseudonym "Minor Victim 2" represents a 7-year-old minor girl, who lived in Spencer County, Indiana. She was born in 2012.

## COUNTS 1 THROUGH 5

## Sexual Exploitation of a Child
## 18 U.S.C. § 2251(a)

4.  Between on or about December, 23, 2013, and on or about August 11, 2019, in the Southern District of Indiana and elsewhere, the Defendant, TRENT WALKER, did employ, use, persuade, induce, and coerce minors, that being, Minor Victims 1 and 2, to engage in sexually explicit conduct, knowing or having reason to know, that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

| Count | Date | File Name | Description |
|---|---|---|---|
| 1 | 12.24.13 | MVI_3266-original.avi | An image depicting Minor Victim 1 tied to cardboard and penetrated by a sex toy in her vagina. Minor Victim 1 is showing signs of physical pain and distress. |
| 2 | 12.24.13 | IMG_3261.jpg, IMG_3262, IMG_3263, IMG3264 | A series of images depicting Minor Victim 1 tied to cardboard with a rope displaying her vagina and buttocks as well as a close up of her face. Minor Victim 1 is crying and showing signs of physical pain and distress. |

| 3 | 12.6.2016 | Video4(2).mp4 | A video depicting Minor Victim 1, nude from the waist down, and on her hands and knees with her face on a bed. The Defendant is seen speaking to Minor Victim 1 about a disciplinary event at school, and taking images or videos with his cellphone. The video shows the defendant spanking Minor Victim 1, and masturbating. |
| --- | --- | --- | --- |
| 4 | 12.8.2018 | 20181208_225628.mp4 | A video depicting Minor Victim 2 clothed and sleeping. The Defendant is seen pulling Minor Victim 2's underwear to the side, as the Defendant performs oral sex on Minor Victim 2's anus. A note is seen next to Minor Victim 2's buttocks, and states, "For [redacted but known]." |
| 5 | 12.8.18 | 20181208_224725.mp4 | A video depicting Minor Victim 2 clothed and sleeping. The Defendant is seen pulling Minor Victim 2's underwear to the side showing Minor Victim 2's vagina and anus. A note is seen next to Minor Victim 2's buttocks, and states, "For [redacted but known]." |

Each Count of which is a separate violation of Title 18, United States Code, Section 2251(a).

## COUNT 6

### Noticing and Advertising Child Pornography
### 18 U.S.C. § 2251(d)

5. Between on or about November 24, 2013, and continuing until at least on or about April 14, 2019, in the Southern District of Indiana, and elsewhere, the Defendant, TRENT WALKER, did make, print, and publish, and cause to be made, printed and published, any notice and advertisement seeking and offering to exchange, produce, display, and distribute any visual depiction, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, knowing and having reason to know that such notice or advertisement would be transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or mailed; or such notice or advertisement was transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or mailed.

All of which is violation of Title 18, United States Code, Section 2251(d)(1)(A).

## COUNTS 7 THROUGH 11

## Distribution of Child Pornography
## 18 U.S.C. § 2252(a)(2)

6.    On or about the dates listed below in each separate Count, in the Southern District of Indiana and elsewhere, the Defendant, TRENT WALKER, distributed child pornography that had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer to the person or group described in each Count.

| Count | Date | Group/Person | File Name |
|---|---|---|---|
| 7 | 12/24/2013 | Person 1 | MVI_3266-original.avi |
| 8 | 4/3/2019 | Person 1 | for-[Person 1, redacted but known].jpg |
| 9 | 4/3/2019 | Person 2 | for-[Person 2, redacted but known].jpg |
| 10 | 4/14/2019 | Person 3 | for-[Person 3, redacted but known].jpg |
| 11 | 4/14/2019 | Person 4 | for-[Person 4, redacted but known].jpg |

Each Count of which is a separate violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 12

**Possession of Child Pornography
18 U.S.C. § 2252(a)(4)(B)**

7. On August 11, 2019, the Defendant, TRENT WALKER, did knowingly possess a custom built computer with seven hard drives which contained any visual depiction, that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, and the producing of such visual depiction involved the use of a minor, including a visual depiction of a minor or minors who had not attained 12 years of age, engaging in sexually explicit conduct; and such visual depiction is of such conduct.

All of which is a violation of 18 U.S.C. § 2252(a)(4)(B).

## FORFEITURE

8. The allegations in this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253, and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure.

9. In accordance with 18 U.S.C. § 2253 and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure and premised upon the conviction of the Defendant TRENT WALKER of one or more violations of Chapter 110, Title 18,

United States Code, Sections 2251 and 2252A as set forth in Counts 1 through 12 of this Indictment, the defendant, shall forfeit to the United States any personal property used or intended to be used to commit or to promote the commission of such offense(s). Such property includes, but is not limited to, a custom built computer with seven hard drives, and physical evidence seized from Walker's residence on August 11, 2019.

A TRUE BILL:

███████████████████████
FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Tiffany J. Preston
Assistant United States Attorney