

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

### Roger A. G. Sharpe, Clerk of Court

Birch Bayh Federal Building
& U.S. Courthouse, Room 105
46 East Ohio Street
Indianapolis, IN  46204
(317) 229-3700

U.S. Courthouse, Room 104
921 Ohio Street
Terre Haute, IN 47807
(812) 231-1840

Winfield K. Denton Federal Building
& U. S. Courthouse, Room 304
101 NW Martin Luther King Blvd.
Evansville, IN 47708
(812) 434-6410

Lee H. Hamilton Federal Building
& U.S. Courthouse, Room 210
121 West Spring Street
New Albany, IN 47150
(812) 542-4510

November 22, 2021

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204

Shaunda Lynch
FOSTER, O'DANIEL, HAMBIDGE & LYNCH,
LLP
3820 Oak Hill Rd.
Evansville, IN 47711

RE:  UNITED STATES OF AMERICA v. TRENT WALKER

CAUSE NO:  3:20-cr-00012-RLY-MPB-1

Dear Appellant and Appellee:

Please be advised that the Notice of Appeal filed in 3:20-cr-00012-RLY-MPB-1 has been forwarded to the United States Court of Appeals for the Seventh Circuit. The Clerk of the Seventh Circuit will assign an appellate case number, docket the appeal, and notify case participants of the Seventh Circuit case number assigned to this matter.

Please review Seventh Circuit Rule 10 (enclosed) for guidance regarding record preparation.

Please contact the Clerk's office with any questions or concerns.

Sincerely,
Roger A. G. Sharpe
Clerk of Court

By Laura Townsend, Deputy Clerk
812-542-4511

## Selected Rules for Reference

**CIRCUIT RULE 10. Preparation and Accessibility of Record in District Court Appeals**

**(a) Record Preparation Duties.**

**(1) Within 14 days of filing the notice of appeal the district court must ensure the district court docket is complete and made available electronically to the court of appeals.**

**(2) The clerk of the district court must prepare and hold any confidential record or exhibit not available electronically on the district court docket until requested by the court of appeals.**

**(3) Counsel must ensure, within 21 days of filing the notice of appeal, that all electronic and non electronic documents necessary for review on appeal are on the district court docket.**

(b) *Correction or Modification of Record.* A motion to correct or modify the record pursuant to Rule 10(e), Fed. R. App. P., or a motion to strike matter from the record on the ground that it is not properly a part thereof must be presented first to the district court. That court's order ruling on the motion must be included as part of the record and a notice of the order must be sent to the court of appeals.

(c) *Order or Certification with Regard to Transcript.* Counsel and court reporters are to utilize the form prescribed by this court when ordering transcripts or certifying that none will be ordered. For specific requirements, see Rules 10(b) and 11(b), Fed. R. App. P.

(d) *Ordering Transcripts in Criminal Cases.*

(1) *Transcripts in Criminal Justice Act Cases.* At the time of the return of a verdict of guilty or, in the case of a bench trial, an adjudication of guilt in a criminal case in which the defendant is represented by counsel appointed under the Criminal Justice Act (C.J.A.), counsel for the defendant must request a transcript of testimony and other relevant proceedings by completing a C.J.A. Form No. 24 and giving it to the district judge. If the district judge believes an appeal is probable, the judge must order transcribed so much of the proceedings as the judge believes necessary for an appeal. The transcript must be filed with the clerk of the district court within 40 days after the return of a verdict of guilty or, in the case of a bench trial, the adjudication of guilt or within seven days after sentencing, whichever occurs later. If the district judge decides not to order the transcript at that time, the judge must retain the C.J.A. Form No. 24 without ruling. If a notice of appeal is filed later, appointed counsel or counsel for a defendant allowed after trial to proceed on appeal in forma pauperis must immediately notify the district judge of the filing of a notice of appeal and file or renew the request made on C.J.A. Form No. 24 for a free transcript.

(2) *Transcripts in Other Criminal Cases.* Within 14 days after filing the notice of appeal in other criminal cases, the appellant or appellant's counsel must deposit with the court reporter the estimated cost of the transcript ordered pursuant to Rule 10(b), Fed. R. App. P., unless the district court orders that the transcript be paid for by the United States. A non-indigent appellant must pay a pro rata share of the cost of a transcript prepared at the request of an indigent co-defendant under the Criminal Justice Act unless the district court determines that fairness requires a different division of the cost. Failure to comply with this paragraph will be cause for dismissal of the appeal.

(e) *Indexing of Transcript.* The transcript of proceedings to be part of the record on appeal (and any copies prepared for the use of the court or counsel in the case on appeal) must be bound by the reporter, with the pages consecutively numbered throughout. The transcript of proceedings must contain a suitable index, as well as the following information:

(1) An alphabetical list of witnesses, giving the pages on which the direct and each other examination of each witness begins.

(2) A list of exhibits by number, with a brief description of each exhibit indicating the nature of its contents, and with a reference to the pages of the transcript where each exhibit has been identified, offered, and received or rejected.

(3) A list of other significant portions of the trial such as opening statements, arguments to the jury, and instructions, with a reference to the page where each begins.

When the record includes transcripts of more than one trial or other distinct proceeding, and it would be cumbersome to apply this paragraph to all the transcripts taken together as one, the rule may be applied separately to each transcript of one trial or other distinct proceeding.

(f) *Presentence Reports.* The presentence report is part of the record on appeal in every criminal case. The district court must maintain this report under seal, unless it has already been placed in the public record in the district court. If the report is under seal, the report may not be included in the appendix to the brief or the separate appendix under Fed. R. App. P. 30 and Circuit Rule 30. Counsel of record may review the presentence report but may not review the probation officer's written comments and any other portion submitted in camera to the trial judge.

(g) *Effect of Omissions from the Record on Appeal.* When a party's argument is countered by a contention of waiver for failure to raise the point in the trial court or before an agency, the party opposing the waiver contention must give the record cite where the point was asserted and also ensure that the record before the court of appeals contains the relevant document or transcript.

NOTE:   The complete Federal Rules of Appellate Procedure & Rules of the 7th Circuit Court of Appeals are available at: http://www.ca7.uscourts.gov/Rules/Rules/rules.pdf



# UNITED STATES DISTRICT COURT
## Southern District of Indiana

### Roger A. G. Sharpe, Clerk of Court

Birch Bayh Federal Building
& U.S. Courthouse, Room 105
46 East Ohio Street
Indianapolis, IN  46204
(317) 229-3700

U.S. Courthouse, Room 104
921 Ohio Street
Terre Haute, IN 47807
(812) 231-1840

Winfield K. Denton Federal Building
& U. S. Courthouse, Room 304
101 NW Martin Luther King Blvd.
Evansville, IN 47708
(812) 434-6410

Lee H. Hamilton Federal Building
& U.S. Courthouse, Room 210
121 West Spring Street
New Albany, IN 47150
(812) 542-4510

November 22, 2021

RE:  UNITED STATES OF AMERICA v. TRENT WALKER

CAUSE NO:  3:20-cr-00012-RLY-MPB-1

Dear Appellant:

A Notice of Appeal was filed in the above case on November 22, 2021. However, a "Docketing Statement" was not filed along with the Notice of Appeal, as required by Circuit Rule 3(c) of the U.S. Court of Appeals for the Seventh Circuit. A copy of the rule is attached for reference.

Pursuant to the Seventh Circuit Rule 3(c), the appellant must serve on all parties a docketing statement and file said statement with the Clerk of the Seventh Circuit within seven (7) days of the filing of the Notice of Appeal.

IMPORTANT: Please do not submit the docketing statement to the U.S. District Court. The docketing statement must be filed electronically with the Seventh Circuit pursuant to Circuit Rule 25.  If the appellant is proceeding pro se, then the docketing statement should be filed on paper by mailing the same to the address below:

Christopher Conway, Clerk
United States Court of Appeals
219 South Dearborn Street, Suite 2722
Chicago, IL 60604

Please contact the Clerk's office with any questions or concerns.

Sincerely,
Roger A. G. Sharpe,
Clerk of Court

By Laura Townsend, Deputy Clerk
812-542-4511

## Selected Rules for Reference

CIRCUIT RULE 3. Notice of Appeal, Docketing Fee, Docketing Statement, and Designation of Counsel of Record

(a) *Forwarding Copy of Notice of Appeal.* When the clerk of the district court sends to the clerk of this court a copy of the notice of appeal, the district court clerk shall include any docketing statement. In civil cases the clerk of the district court shall include the judgments or orders under review, any transcribed oral statement of reasons, opinion, memorandum of decision, findings of fact, and conclusions of law. The clerk of the district court shall also complete and include the Seventh Circuit Appeal Information Sheet in the form prescribed by this court.

(b) *Dismissal of Appeal for Failure to Pay Docketing Fee.* If a proceeding is docketed without prepayment of the docketing fee, the appellant shall pay the fee within 14 days after docketing. If the appellant fails to do so, the clerk is authorized to dismiss the appeal.

(c)(1) *Docketing Statement.* The appellant must serve on all parties a docketing statement and file it with the clerk of the district court at the time of the filing of the notice of appeal or with the clerk of this court within seven days of filing the notice of appeal. The docketing statement must comply with the requirements of Circuit Rule 28(a). If there have been prior or related appellate proceedings in the case, or if the party believes that the earlier appellate proceedings are sufficiently related to the new appeal, the statement must identify these proceedings by caption and number. The statement also must describe any prior litigation in the district court that, although not appealed, (a) arises out of the same criminal conviction, or (b) has been designated by the district court as satisfying the criteria of 28 U.S.C. §1915(g). If any of the parties to the litigation appears in an official capacity, the statement must identify the current occupant of the office. The docketing statement in a collateral attack on a criminal conviction must identify the prisoner's current place of confinement and its current warden; if the prisoner has been released, the statement must describe the nature of any ongoing custody (such as supervised release) and identify the custodian. If the docketing statement is not complete and correct, the appellee must provide a complete one to the court of appeals clerk within 14 days after the date of the filing of the appellant's docketing statement.

(2) Failure to file the docketing statement within 14 days of the filing of the notice of appeal will lead to the imposition of a $100 fine on counsel. Failure to file the statement within 28 days of the filing of the notice of appeal will be treated as abandonment of the appeal, and the appeal will be dismissed. When the appeal is docketed, the court will remind the litigants of these provisions.

(d) *Counsel of Record.* The attorney whose name appears on the docketing statement or other document first filed by that party in this court will be deemed counsel of record, and a separate notice of appearance need not be filed. If the name of more than one attorney is shown, the attorney who is counsel of record must be clearly identified. (There can be only one counsel of record.) If no attorney is so identified, the court will treat the first listed as counsel of record. The court will send documents only to the counsel of record for each party, who is responsible for transmitting them to other lawyers for the same party. The docketing statement or other document must provide the post office address and telephone number of counsel of record. The names of other members of the Bar of this Court and, if desired, their post office addresses, may be added but counsel of record must be clearly identified. An attorney representing a party who will not be filing a document shall enter a separate notice of appearance as counsel of record indicating the name of the party represented. Counsel of record may not withdraw, without consent of the court, unless another counsel of record is simultaneously substituted.

NOTE:   The complete Federal Rules of Appellate Procedure & Rules of the 7th Circuit Court of Appeals are available at: http://www.ca7.uscourts.gov/Rules/Rules/rules.pdf

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 3:20-cr-00012-RLY-MPB** |
| | ) | |
| **TRENT WALKER** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEAL

COMES NOW Defendant, Trent Walker, by Court appointed counsel, Shaunda Lynch, and files her Notice of Appeal and in support thereof states as follows:

1.   Notice is hereby given that Trent Walker, Defendant in the above entitled action, notifies the Clerk of Courts of his intent to appeal.   Defendant, Trent Walker, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Final Judgment of Conviction and Sentence entered in this cause on November 12, 2021.

Dated: November 22, 2021

By   /s/ Shaunda Lynch
Shaunda Lynch, #22656-82
3820 Oak Hill Rd.
Evansville, IN 47711
Telephone: (812) 424-8101
Facsimile: (812) 437-8364
E-mail: slynch@fohlaw.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, a copy of the above Notice of Appeal was filed electronically.  Notice of the filing will be sent to the following parties by operation of the Court's CM/ECF system.

Tiffany Preston, Assistant U.S. Attorney

Tiffany.Preston@usdoj.gov

By:     /s/ *Shaunda Lynch*
        Shaunda Lynch, #22656-82

AO 245B (Rev. 09/19) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
### Southern District of Indiana

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number: 3:20CR00012-001<br>USM Number: 17186-028 |
| TRENT WALKER | Shaunda Lynch |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1-12

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of a Child | August 11, 2019 | 1-5 |
| 18 U.S.C. § 2251(d) | Noticing and Advertising Child Pornography | April 14, 2019 | 6 |
| 18 U.S.C. § 2252(a)(2) | Distribution of Child Pornography | April 14, 2019 | 7-11 |
| 18 U.S.C. § 2252A(a)(5)(b) | Possession of Child Pornography | August 11, 2019 | 12 |

   The defendant is sentenced as provided in pages 2 through 8 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) dismissed on the motion of the United States.

   **IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

November 12, 2021
_____
Date of Imposition of Sentence:

**A CERTIFIED TRUE COPY**
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana

By _Nina M. Dage_
Deputy Clerk

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

11/15/2021
_____
Date

DEFENDANT: Trent Walker
CASE NUMBER: 3:20CR00012-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **210 years (2,520 months); Counts 1-6: 25 years on each count; and counts 7-12: 10 years on each count, all consecutive, for a total of 210 years (2,520 months).**

☒The Court makes the following recommendations to the Bureau of Prisons: Be designated to a facility in Marion, Illinois, or Tucson, Arizona, where he can participate in sex offender treatment.

☒The defendant is remanded to the custody of the United States Marshal.

☐The defendant shall surrender to the United States Marshal for this district:

☐ at

☐ as notified by the United States Marshal.

☐The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant was delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY: _____
DEPUTY UNITED STATES MARSHAL

AO245B(Rev 02/16) Judgment in a Criminal Case                                   Judgment Page 3 of 8

DEFENDANT: Trent Walker
CASE NUMBER: 3:20CR00012-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **life on each of counts 1-12, concurrent.**

## MANDATORY CONDITIONS

1.   You shall not commit another federal, state, or local crime.
2.   You shall not unlawfully possess a controlled substance.
3.   You shall refrain from any unlawful use of a controlled substance.  You shall submit to one drug test within 15 days of release from imprisonment and at least two periodic least two periodic drug tests thereafter, as determined by the court.
        ☐   The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse.  *(check if applicable)*
4.   ☒   You shall make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.  *(check if applicable)*
5.   ☒   You shall cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☒   You shall comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐   You shall participate in an approved program for domestic violence.  *(check if applicable)*

        If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

        The defendant shall comply with the conditions listed below.

## CONDITIONS OF SUPERVISION

1.   You shall report to the probation office in the federal judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

2.   You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3.   You shall permit a probation officer to visit you at a reasonable time at home or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

4.   You shall not knowingly leave the federal judicial district where you are being supervised without the permission of the supervising court/probation officer.

5.   You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6.   You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity.  You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7.   You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities).  When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

8.   You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

AO245B(Rev 02/16) Judgment in a Criminal Case                                                    Judgment Page 4 of 8

DEFENDANT: Trent Walker
CASE NUMBER: 3:20CR00012-001

9.   You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10.  You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11.  You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

12.  As directed by the probation officer, you shall notify third parties who may be impacted by the nature of the conduct underlying your current or prior offense(s) of conviction and/or shall permit the probation officer to make such notifications and/or confirm your compliance with this requirement.

13.  You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

14.  You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

15.  You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

16.  You shall not use or possess alcohol.

17.  You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

18.  You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician. The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

19.  You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution.

20.  You shall not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

21.  You shall not have <u>unsupervised</u> meetings, activities, or visits, or intentional communications with any minor unless they have been disclosed to the probation officer and approved by the court.  You shall not have <u>supervised</u> meetings, activities, visits, or intentional communications with any minor unless they have been approved by the probation officer. Before you may request approval for such meetings, activities, visits, or intentional communications (unsupervised or supervised), you must notify the person(s) having custody of any such minor(s) about the conviction in this case and the fact that you are under supervision.

22.  You shall not be employed in any position or participate as a volunteer in any activity that involves unsupervised meetings, intentional communications, activities, or visits with minors except as disclosed to the probation officer and approved by the court.

AO245B(Rev 02/16) Judgment in a Criminal Case                                              Judgment Page 5 of 8

DEFENDANT: Trent Walker
CASE NUMBER: 3:20CR00012-001

23. You shall not participate in unsupervised meetings, intentional communications, activities, or visits with persons you know to be a registered sex offender or to have been convicted of a felony sex offense involving an adult or minor, including any child pornography offense, except as disclosed to the probation officer and approved by the court.  This condition is not intended to prevent you from participating in treatment programs or religious services with felons in such programs/services so long as the activity has been disclosed as described above.

24. You shall have no direct or indirect contact or communication of any kind with Minor Victim One or Minor Victim.  If either of the Minor Victims, upon turning 18 years of age, desire to have contact with you, the Minor Victims may petition the Court to change this condition.  As to the Minor Victims, you may also petition the Court to amend this provision, but only 1) after the Minor Victims turn 18; and 2) the United States Probation Office has first determined that the Minor Victims have consented to you filing the petition.  If any of the families of the Minor Victims wish to have contact with you at any time, they may initiate contact with you, and you do not need to petition the Court to communicate with them.

25. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct.  Other law enforcement may assist as necessary.  You shall submit to the seizure of contraband found by the probation officer.  You shall warn other occupants these locations may be subject to searches.

26. You shall not possess any child pornography or visual depictions of child erotica or nude minors.  Any such material found in your possession shall be considered contraband and will be confiscated by the probation officer.

27. You shall participate in a program of treatment for sexual disorders, including periodic polygraph examinations, as directed by the probation officer.  The treatment provider should determine the type and timing of such polygraph examinations.  The court authorizes the release of the presentence report and available psychological evaluations to the treatment provider, as approved by the probation officer.

28. You shall consent, at the direction of the probation officer, to having installed on your computer(s), telephone(s), electronic devices, and any hardware or software, systems to monitor your use of these items.  Monitoring will occur on a random and/or regular basis.  You will warn other occupants or users of the existence of the monitoring hardware or software.  To promote the effectiveness of this monitoring, you shall disclose in advance all cellular phones, electronic devices, computers, and any hardware or software to the probation officer and may not access or use any undisclosed equipment.

29. You shall pay the costs associated with the following imposed conditions of supervised release, to the extent you are financially able to pay: mental health treatment, sex offender treatment, and computer monitoring. The probation officer shall determine your ability to pay and any schedule of payment.

I understand that I and/or the probation officer may petition the Court to modify these conditions, and the final decision to modify these terms lies with the Court.  If I believe these conditions are being enforced unreasonably, I may petition the Court for relief or clarification; however, I shall comply with the directions of my probation officer unless or until the Court directs otherwise.  Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the condition of supervision.

AO245B(Rev 02/16) Judgment in a Criminal Case                                    Judgment Page 6 of 8

DEFENDANT: Trent Walker
CASE NUMBER: 3:20CR00012-001


These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.



(Signed)

_____            _____
Defendant                                                    Date


_____            _____
U.S. Probation Officer/Designated Witness            Date

AO245B(Rev 02/16) Judgment in a Criminal Case                                                    Judgment Page 7 of 8

DEFENDANT: Trent Walker
CASE NUMBER: 3:20CR00012-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

|  | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment\*** | **JVTA Assessment\*\*** |
|---|---|---|---|---|---|
| **TOTALS** | $1,200.00 | $20,000.00 | | | |

☐ The determination of restitution is deferred until. An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Minor Victim 1 (see docket entry 77) | $10,000.00 | $10,000.00 | 1 |
| Minor Victim 2 (see docket entry 77) | $10,000.00 | $10,000.00 | 1 |
| | | | |
| | | | |
| | | | |
| **Totals** | $20,000.00 | $20,000.00 | |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245B(Rev 02/16) Judgment in a Criminal Case                                                        Judgment Page 8 of 8

DEFENDANT: Trent Walker
CASE NUMBER: 3:20CR00012-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☐  Lump sum payment of $ _____ due immediately, balance due
      ☐        not later than _____, or
      ☐        in accordance with        ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

**B**  ☒  Payment to begin immediately (may be combined with ☐ C,  ☐ D,  ☐ F or  ☐ G below); or

**C**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☐  If this case involves other defendants, each may be held jointly and severally liable for payment of all or part of the restitution ordered herein and the Court may order such payment in the future. The victims' recovery is limited to the amount of loss, and the defendant's liability for restitution ceases if and when the victims receive full restitution.

**G**  ☒  Special instructions regarding the payment of criminal monetary penalties: Any unpaid restitution balance shall be paid during the term of supervision at a rate of not less than 10% of the defendant's gross monthly income.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐      Joint and Several

| Defendant and Co-Defendant Names and Case Numbers *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee |
|---|---|---|---|
|  |  |  |  |

☐      The defendant shall pay the cost of prosecution.

☐      The defendant shall pay the following court cost(s): _____

☒      The defendant shall forfeit the defendant's interest in the following property to the United States: a custom-built computer with seven hard drives and physical evidence seized from his residence on August 11, 2019.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

# *** PUBLIC DOCKET ***

APPEAL,CLOSED

## U.S. District Court
## Southern District of Indiana (Evansville)
## CRIMINAL DOCKET FOR CASE #: 3:20-cr-00012-RLY-MPB-1

Case title: USA v. WALKER                          Date Filed: 03/03/2020
Magistrate judge case number: 3:19-mj-00091-RLY-MPB    Date Terminated: 11/15/2021

Assigned to: Judge Richard L. Young
Referred to: Magistrate Judge Matthew P.
Brookman

### Defendant (1)

| | | |
|---|---|---|
| **TRENT WALKER** | represented by | **Shaunda Lynch** |
| *TERMINATED: 11/15/2021* | | FOSTER, O'DANIEL, HAMBIDGE & LYNCH, LLP |
| | | 3820 Oak Hill Rd. |
| | | Evansville, IN 47711 |
| | | 812-424-8101 |
| | | Fax: 812-437-8364 |
| | | Email: slynch@fohlaw.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| | Pled guilty to counts 1-12. Imprisonment for a term of 210 years (2,520 months); Counts 1-6: 25 years on each count; and counts 7-12: 10 years on each count, all consecutive, for a total of 210 years (2,520 months). Supervised Release for a term of life on each of counts 1-12, concurrent. Special Assessment of $1200. Restitution of $20,000. |
| 18:2251A.F  Sexual Exploitation of a Child (1-5) | |
| | Pled guilty to counts 1-12. Imprisonment for a term of 210 years (2,520 months); Counts 1-6: 25 years on each count; and counts 7-12: 10 years on each count, all consecutive, for a total of 210 years (2,520 months). Supervised Release for a term of life on each of counts 1-12, concurrent. |
| 18:2251A.F  Noticing and Advertising Child Pornography (6) | |

|  |  |
|---|---|
|  | Special Assessment of $1200. Restitution of $20,000. |
| 18:2251A.F  Distribution of Child Pornography (7-11) | Pled guilty to counts 1-12. Imprisonment for a term of 210 years (2,520 months); Counts 1-6: 25 years on each count; and counts 7-12: 10 years on each count, all consecutive, for a total of 210 years (2,520 months). Supervised Release for a term of life on each of counts 1-12, concurrent. Special Assessment of $1200. Restitution of $20,000. |
| 18:2252A.F  Possession of Child Pornography (12s) | Pled guilty to counts 1-12. Imprisonment for a term of 210 years (2,520 months); Counts 1-6: 25 years on each count; and counts 7-12: 10 years on each count, all consecutive, for a total of 210 years (2,520 months). Supervised Release for a term of life on each of counts 1-12, concurrent. Special Assessment of $1200. Restitution of $20,000. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None |  |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2251.F Sexual Exploitation of a Child 18:2252.F Possession of Child Pornography | Pled guilty to counts 1-12. Imprisonment for a term of 210 years (2,520 months); Counts 1-6: 25 years on each count; and counts 7-12: 10 years on each count, all consecutive, for a total of 210 years (2,520 months). Supervised Release for a term of life on each of counts 1-12, concurrent. Special Assessment of $1200. Restitution of $20,000. |

**Plaintiff**

| **USA** | represented by | **Tiffany Jacqueline Preston** UNITED STATES ATTORNEY'S OFFICE (Indianapolis) |
|---|---|---|

10 West Market Street
Suite 2100
Indianapolis, IN 46204
317-229-2401
Fax: 317-226-6125
Email: tiffany.preston@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2019 | 1 | SEALED COMPLAINT & AFFIDAVIT approved and signed by Judge Magistrate Judge Tim A. Baker. as to TRENT WALKER (1). Electronic Notice to USM-W. (JRB) [3:19-mj-00091-RLY-MPB] (Entered: 08/13/2019) |
| 08/13/2019 | 2 | PENALTY SHEET as to TRENT WALKER (1). (JRB) [3:19-mj-00091-RLY-MPB] (Entered: 08/13/2019) |
| 08/13/2019 | 3 | NOTICE OF ATTORNEY APPEARANCE Tiffany Jacqueline Preston appearing for USA. (JRB) [3:19-mj-00091-RLY-MPB] (Entered: 08/13/2019) |
| 08/14/2019 | 5 | ***TEXT ONLY ENTRY***SCHEDULING ORDER as to TRENT WALKER (1) Initial Appearance set for 8/16/2019 at 09:30 AM (Central Time) in room #359, United States Courthouse, 101 Northwest MLK Boulevard, Evansville, Indiana before Magistrate Judge Matthew P. Brookman. Electronic Notice to USPO.(TMB) [3:19-mj-00091-RLY-MPB] (Entered: 08/14/2019) |
| 08/16/2019 | 6 | REDACTION by USA as to TRENT WALKER (1) to 1 Complaint & Affidavit (Sealed - case) (Preston, Tiffany) [3:19-mj-00091-RLY-MPB] (Entered: 08/16/2019) |
| 08/16/2019 | 7 | MOTION to Unseal Case by USA as to TRENT WALKER (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) [3:19-mj-00091-RLY-MPB] (Entered: 08/16/2019) |
| 08/16/2019 | 8 | MINUTE ORDER for proceedings held before Magistrate Judge Matthew P. Brookman: Initial Appearance on Complaint held on 8/16/2019 as to Defendant TRENT WALKER (01). The government appears by AUSA Todd Shellenbarger. Defendant appears in person and by CJA Appointed counsel, Shaunda Lynch. The United States Probation Office is represented by Zach Marlin. Defendant submits a financial affidavit, which is approved; counsel is appointed, respectively. The government requests case remain sealed at this time. The Court grants the request. The defendant waives formal reading of the Complaint and waives formal arraignment. The Court advises defendant of his rights, charges and possible penalties. Counsel jointly moves for release of the Pretrial Services Report. The Court granted the motion, subject to terms set forth by separate Order. The defendant waives a probable cause hearing. The government moves for detention and a Detention Hearing is set for 8/23/2019 at 03:30 PM (Central Time) in room #301, United States Courthouse, 101 Northwest MLK Boulevard, Evansville, Indiana before Magistrate Judge Matthew P. Brookman. The Court Orders defendant temporarily detained pending hearing. The defendant is remanded to the custody of the U.S. Marshal. Court is adjourned. Signed by Magistrate Judge Matthew P. Brookman. Electronic Notice to USPO.(TMB) [3:19-mj-00091-RLY-MPB] (Entered: 08/19/2019) |

| 08/16/2019 | 11 | WAIVER of Preliminary Hearing by TRENT WALKER (1) (JRB) [3:19-mj-00091-RLY-MPB] (Entered: 08/19/2019) |
|---|---|---|
| 08/16/2019 | 12 | ORDER directing USPO to release Pretrial Services Report to counsel in case as to TRENT WALKER (1). Signed by Magistrate Judge Matthew P. Brookman on 8/16/2019. Electronic Notice to USPO.(JRB) [3:19-mj-00091-RLY-MPB] (Entered: 08/19/2019) |
| 08/19/2019 | 9 | Arrest Warrant Returned by US Marshal. Service of Warrant EXECUTED on 8/16/2019 in case as to TRENT WALKER (1). Electronic Notice to USM-W.(JRB) [3:19-mj-00091-RLY-MPB] (Entered: 08/19/2019) |
| 08/19/2019 | 13 | ORDER granting 7 Motion to Unseal Case as to TRENT WALKER (1). Signed by Magistrate Judge Matthew P. Brookman on 8/19/2019.(TMB) [3:19-mj-00091-RLY-MPB] (Entered: 08/19/2019) |
| 08/23/2019 | 15 | Order Appointing CJA Counsel Shaunda Lynch as to TRENT WALKER (1). Such appointment shall be deemed effective as of 8/14/2019. Signed by Magistrate Judge Matthew P. Brookman on 8/23/2019. (JRB) [3:19-mj-00091-RLY-MPB] (Entered: 08/23/2019) |
| 08/23/2019 | 16 | MINUTE ORDER for proceedings held before Magistrate Judge Matthew P. Brookman: Detention Hearing as to TRENT WALKER (1) held on 8/23/2019. The government appears by AUSA Todd Shellenbarger. The defendant appears in person and with Counsel Shaunda Lynch. The United States Probation Office is represented by Zack Marlin The defendant waives his right to a detention hearing and executes a written waiver in open court. The Court orders the defendant detained pending trial. The defendant is remanded to the custody of the U.S. Marshal. Court is adjourned. Signed by Magistrate Judge Matthew P. Brookman. (TMB) [3:19-mj-00091-RLY-MPB] (Entered: 08/23/2019) |
| 08/23/2019 | 17 | WAIVER of Detention Hearing by TRENT WALKER (1). (TMB) [3:19-mj-00091-RLY-MPB] (Entered: 08/23/2019) |
| 08/29/2019 | 18 | Unopposed MOTION for Extension of Time to November 15, 2019 by USA as to TRENT WALKER (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) [3:19-mj-00091-RLY-MPB] (Entered: 08/29/2019) |
| 09/03/2019 | 19 | ORDER granting 18 Motion for Extension of Time as to TRENT WALKER (1). Any indictment or information in this cause is to be filed by November 15, 2019. Signed by Magistrate Judge Matthew P. Brookman on 9/3/2019.(LBT) [3:19-mj-00091-RLY-MPB] (Entered: 09/03/2019) |
| 10/28/2019 | 20 | MOTION for Extension of Time to January 14, 2020 *to File Indictment* by USA as to TRENT WALKER (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) [3:19-mj-00091-RLY-MPB] (Entered: 10/28/2019) |
| 10/30/2019 | 21 | ORDER granting 20 Motion for Extension of Time to Indict to 11/14/20 as to TRENT WALKER (1). Signed by Magistrate Judge Matthew P. Brookman on 10/30/2019.(JRB) [3:19-mj-00091-RLY-MPB] (Entered: 10/30/2019) |
| 11/12/2019 | 22 | NOTICE OF ATTORNEY APPEARANCE: Shaunda Lynch appearing for TRENT WALKER (1) (CJA Appointment). (Lynch, Shaunda) [3:19-mj-00091-RLY-MPB] (Entered: 11/12/2019) |

| 11/12/2019 | 23 | MOTION for Medical Exam *Pursuant to 18 U.S.C. Section 4241* by TRENT WALKER (1). (Attachments: # 1 proposed Order)(Lynch, Shaunda) [3:19-mj-00091-RLY-MPB] (Entered: 11/12/2019) |
| 11/21/2019 | 24 | NOTICE of Reassignment of case as to TRENT WALKER (1) to Judge Richard L. Young and Magistrate Judge Matthew P. Brookman. Magistrate Judge Matthew P. Brookman is no longer assigned to this case. Please include the new case number, **3:19-mj-91-RLY-MPB**, on all future filings in this matter. (TMB) [3:19-mj-00091-RLY-MPB] (Entered: 11/21/2019) |
| 11/22/2019 | 25 | ORDER granting 23 Motion for Medical Exam Pursuant to 18 U.S.C. Section 4241 as to TRENT WALKER (1) - SEE ORDER. Signed by Magistrate Judge Matthew P. Brookman on 11/22/2019. Electronic notice to USM-C.(JRB) [3:19-mj-00091-RLY-MPB] (Entered: 11/22/2019) |
| 12/30/2019 | 26 | MOTION for Extension of Time to March 13, 2020 *to File Indictment* by USA as to TRENT WALKER (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) [3:19-mj-00091-RLY-MPB] (Entered: 12/30/2019) |
| 01/30/2020 | 27 | ORDER granting 26 Motion for Extension of Time to File an Indictment to 3/13/2020 as to TRENT WALKER (1). Signed by Judge Richard L. Young on 1/30/2020.(JRB) [3:19-mj-00091-RLY-MPB] (Entered: 01/30/2020) |
| 03/03/2020 | 28 | INDICTMENT as to TRENT WALKER (1) count(s) 1-5, 6, 7-11. Electronic notice to USM-W. (JRB) (Entered: 03/04/2020) |
| 03/03/2020 | 31 | NOTICE OF ATTORNEY APPEARANCE Tiffany Jacqueline Preston appearing for USA. (JRB) (Entered: 03/04/2020) |
| 03/03/2020 | 33 | PENALTY SHEET as to TRENT WALKER (1). (JRB) (Entered: 03/04/2020) |
| 03/04/2020 | 36 | ***TEXT ONLY ENTRY***SCHEDULING ORDER as to TRENT WALKER (1) Initial Appearance on Indictment set for 3/12/2020 at 10:30 AM (Central Time) in room #301, United States Courthouse, 101 Northwest MLK Boulevard, Evansville, Indiana before Magistrate Judge Matthew P. Brookman. Electronic Notice to USPO.(TMB) (Entered: 03/04/2020) |
| 03/04/2020 | 37 | NOTIFICATION of Assigned Judge, Automatic Not Guilty Plea, Trial Date, Discovery Order and Other Matters as to TRENT WALKER (1). Jury Trial set for 5/18/2020 09:00 AM in room #301, United States Courthouse, 101 Northwest MLK Boulevard, Evansville, Indiana before Judge Richard L. Young. Signed by Judge Richard L. Young on 3/4/2020. (AAS) Modified on 3/4/2020 (AAS). (Entered: 03/04/2020) |
| 03/10/2020 | 38 | MOTION to Continue by TRENT WALKER (1). (Lynch, Shaunda) (Entered: 03/10/2020) |
| 03/12/2020 | 39 | MINUTE ORDER for proceedings held before Magistrate Judge Matthew P. Brookman: Initial Appearance on Indictment held on 3/12/2020 as to Defendant TRENT WALKER (01). The government appears by AUSA Todd Shellenbarger. Defendant appears in person and by CJA Appointed Counsel, Shaunda Lynch. The defendant waives formal reading of the Indictment in open court and waives formal arraignment. The Court advises the defendant of his rights, charges and possible penalties. Rule 16 disclosures are due March 26, 2020. A Jury Trial is set for May 18, 2020 at 9:00 a.m. before Honorable Judge Richard L. Young. There is a Defendants motion to continue the trial date pending. The defendant is remanded to the custody of |

| | | |
|---|---|---|
| | | the U.S. Marshal. Court is adjourned. Signed by Magistrate Judge Matthew P. Brookman. (TMB) (Entered: 03/12/2020) |
| 03/13/2020 | 40 | ORDER granting 38 Motion to Continue as to TRENT WALKER (1); Jury Trial set for 10/5/2020 09:00 AM in room #301, United States Courthouse, 101 Northwest MLK Boulevard, Evansville, Indiana before Judge Richard L. Young. Signed by Judge Richard L. Young on 3/13/2020. Electronic Notice to USPO.(AAS) (Entered: 03/13/2020) |
| 04/07/2020 | 41 | MOTION *FOR EXAMINATION PURSUANT TO 18 U.S.C. § 4241* by TRENT WALKER (1). (Attachments: # 1 Text of Proposed Order Order Granting Motion for Evaluation)(Lynch, Shaunda) (Entered: 04/07/2020) |
| 04/13/2020 | 42 | ORDER granting 41 Motion FOR EXAMINATION PURSUANT TO 18 U.S.C. § 4241 as to TRENT WALKER (1) - SEE ORDER. Signed by Magistrate Judge Matthew P. Brookman on 4/13/2020.(JRB) (Entered: 04/13/2020) |
| 04/22/2020 | 43 | Amended MOTION *FOR EXAMINATION PURSUANT TO 18 U.S.C. § 4241* by TRENT WALKER (1). (Attachments: # 1 Text of Proposed Order)(Lynch, Shaunda) (Entered: 04/22/2020) |
| 04/23/2020 | 44 | ORDER granting 43 Amended MOTION FOR EXAMINATION PURSUANT TO 18 U.S.C. § 4241 as to TRENT WALKER (1) - SEE ORDER. Signed by Magistrate Judge Matthew P. Brookman on 4/23/2020.(JRB) (Entered: 04/23/2020) |
| 06/02/2020 | 45 | MOTION for Extension of Time for Psychological Exam by WARDEN Francisco J. Quintana as to TRENT WALKER (1). (Attachments: # 1 Envelope)(JRB) (Entered: 06/02/2020) |
| 06/04/2020 | 46 | ORDER granting 45 Motion for Extension of Time to Complete Psychological Examination as to TRENT WALKER (1) The Federal Medical Center, Lexington, Kentucky, shall have up to and including July 13, 2020 to complete the Psychological Examination of Trent Walker. Signed by Magistrate Judge Matthew P. Brookman on 6/4/2020.(AAS) (Entered: 06/04/2020) |
| 06/09/2020 | 47 | AMENDED ORDER as to TRENT WALKER (1) re 46 Order on Motion for Extension of Time to File. IT IS THEREFORE ORDERED that the Federal Medical Center, Lexington, Kentucky, shall have up to and including July 13, 2020 to complete the Psychological Examination of Trent Walker. The report to the Court shall be due on or before August 10, 2020. Signed by Magistrate Judge Matthew P. Brookman on 6/9/2020. (TMB) (Copy sent via US Mail to Facility). (Entered: 06/09/2020) |
| 08/14/2020 | 48 | MOTION to Continue by TRENT WALKER (1). (Lynch, Shaunda) (Entered: 08/14/2020) |
| 08/14/2020 | 49 | ORDER granting 48 Motion to Continue as to TRENT WALKER (1); The court, upon the Defendants motion 48 and without objection from the United States, VACATES the trial setting of 10/05/20 and now RESETS the trial to MARCH 29, 2021, at 9:00 a.m. The defendant is ordered to appear, with counsel, before the Honorable Richard L. Young, Judge, in room 301 of the Federal Building, 101 NW M.L. King, Jr., Blvd., Evansville, Indiana 47708. Signed by Judge Richard L. Young on 8/14/2020. Electronic Notice to USPO.(AAS) (Entered: 08/14/2020) |
| 08/25/2020 | 50 | MOTION to Continue by TRENT WALKER (1). (Lynch, Shaunda) (Entered: 08/25/2020) |

| 08/26/2020 | 51 | ENTRY in case as to TRENT WALKER (1) - On August 25, 2020, the court received the results of the mental competency evaluation conducted of Defendant Trent Walker. The Clerk shall docket the report UNDER SEAL and distribute copies to Defendants and Plaintiffs counsel of record. Signed by Magistrate Judge Matthew P. Brookman on 8/26/2020. (JRB) (Entered: 08/26/2020) |
|---|---|---|
| 08/26/2020 | 53 | ORDER granting 50 Motion to Continue Trial as to TRENT WALKER (1) - The court VACATES the trial setting of 3/29/21 and now RESETS the trial to APRIL 12, 2021, at 9:00 a.m. The defendant is ordered to appear, with counsel, before the Honorable Richard L. Young, Judge, in room 301 of the Federal Building, 101 NW M.L. King, Jr., Blvd., Evansville, Indiana 47708. Signed by Judge Richard L. Young on 8/26/2020. Electronic Notice to USPO.(JRB) (Entered: 08/26/2020) |
| 09/03/2020 | 54 | MOTION to Provide Defendant's Medication by TRENT WALKER (1). (Lynch, Shaunda) Modified on 9/4/2020 (AAS). (Entered: 09/03/2020) |
| 09/04/2020 | 55 | ORDER re 54 Motion as to TRENT WALKER (1) The Court DIRECTS the United States Marshal to address this matter with Clark County Jail. Signed by Magistrate Judge Matthew P. Brookman on 9/4/2020.(AAS) (Entered: 09/04/2020) |
| 03/01/2021 | 56 | MOTION to Continue by TRENT WALKER (1). (Attachments: # 1 Text of Proposed Order)(Lynch, Shaunda) (Entered: 03/01/2021) |
| 03/02/2021 | 57 | ORDER granting 56 Motion to Continue Trial as to TRENT WALKER (1) - The court VACATES the trial setting of 4/12/21 and now RESETS the trial to JULY 26, 2021, at 9:00 a.m. The defendant is ordered to appear, with counsel, before the Honorable Richard L. Young, Judge, in room 301 of the Federal Building, 101 NW M.L. King, Jr., Blvd., Evansville, Indiana 47708. Signed by Judge Richard L. Young on 3/2/2021. Electronic Notice to USPO.(JRB) (Entered: 03/02/2021) |
| 05/17/2021 | 58 | MOTION to Continue by TRENT WALKER (1). (Attachments: # 1 Text of Proposed Order)(Lynch, Shaunda) (Entered: 05/17/2021) |
| 05/19/2021 | 59 | SCHEDULING ORDER as to TRENT WALKER (1) - The court sets this matter for hearing on the issue of defendant Trent Walker's psychiatric evaluation for JUNE 1, 2021, at 1:00 p.m. The defendant is ordered to appear, with counsel, before the Honorable Richard L. Young, in room 301 of the Federal Building, 101 NW Martin Luther King, Jr., Blvd., Evansville, Indiana 47708. Signed by Judge Richard L. Young on 5/19/2021. Electronic Notice to USPO.(JRB) (Entered: 05/19/2021) |
| 06/01/2021 | 60 | COURTROOM MINUTES for Competency hearing and Accept/Reject hearing held 6/01/2021 before Judge Richard L. Young. Defendant TRENT WALKER (1) appears in person and by CJA counsel Shaunda Lynch. Appearance for the USA by AUSA Tiffany Preston (by video). The defendant wishes to proceed without presenting further evidence or testimony. The United States also presents no evidence or testimony and requests that the court rely on the report submitted by Dr. Wentowski, regarding Defendant Trent Walker. The court finds from the r eport and from its own observation that the defendant is competent to stand trial. The United States advises the court of the plea offer made to the defendant. The defendant is advised of the possible penalties upon conviction. The defendant requests more time to consider the offer. The Accept/Reject Plea hearing is CONTINUED to 6/15/2021 at 2:00 PM (Central Time) in room #301, United States Courthouse, 101 Northwest MLK Boulevard, Evansville, Indiana before Judge Richard L. Young. Defendant is remanded to custody of USM. (Court Reporter Maggie Techert) Electronic Notice to USPO.(TMD) (Entered: |

| | | 06/01/2021) |
|---|---|---|
| 06/15/2021 | 61 | COURTROOM MINUTES for status hearing held 6/15/21 before Judge Richard L. Young. Defendant TRENT WALKER (1) appears in person and by CJA counsel. The parties advise the court of the acceptance of a plea offer and request additional time to complete the formal paperwork. A change of plea hearing will be scheduled upon filing of plea documents. The defendant is remanded to the custody of the U.S. Marshal. (Court Reporter Maggie Techert) (TMD) (Entered: 06/15/2021) |
| 06/17/2021 | 62 | PETITION TO ENTER PLEA OF GUILTY AND PLEA AGREEMENT (WITH STIPULATED FACTUAL BASIS INCLUDED) as to TRENT WALKER (1). (Preston, Tiffany) (Entered: 06/17/2021) |
| 06/18/2021 | 64 | SCHEDULING ORDER as to TRENT WALKER (1) - Change of Plea Hearing set for 6/28/2021 at 02:30 PM in room #301, United States Courthouse, 101 Northwest MLK Boulevard, Evansville, Indiana before Judge Richard L. Young. Signed by Judge Richard L. Young on 6/18/2021. Electronic Notice to USPO.(JRB) (Entered: 06/18/2021) |
| 06/25/2021 | 66 | SCHEDULING ORDER as to TRENT WALKER (1) The change of plea hearing set for JUNE 28, 2021 is VACATED AND RESET toJULY 12, 2021 at 10:00 a.m. The defendant is ordered to appear, with counsel, before the Honorable Richard L. Young, Judge, in room 301 of the Federal Building, 101 NW M.L. King, Jr., Blvd., Evansville, Indiana 47708. Signed by Judge Richard L. Young on 6/25/2021. Electronic Notice to USPO.(AAS) (Entered: 06/25/2021) |
| 06/30/2021 | 67 | SCHEDULING ORDER as to TRENT WALKER (1) The change of plea hearing set for JULY 12, 2021 is VACATED AND RESET as aplea and sentencing hearing on SEPTEMBER 8, 2021 at 11:00 a.m. The defendant is ordered to appear, with counsel, before the Honorable Richard L. Young, Judge, in room 301 of the Federal Building, 101 NW M.L. King, Jr., Blvd., Evansville, Indiana 47708. Signed by Judge Richard L. Young on 6/30/2021. Electronic Notice to USPO.(AAS) Modified on 6/30/2021 (AAS). (Entered: 06/30/2021) |
| 07/06/2021 | 68 | MOTION for Extension of Time to July 30, 2021 *re PRESENTENCE MEMORANDUM DEADLINE* by USA as to TRENT WALKER (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) (Entered: 07/06/2021) |
| 07/14/2021 | 69 | ORDER granting 68 Motion for Extension of Time to File as to TRENT WALKER (1) The parties have an additional forty-five (45) days in order to complete the presentence investigation report in this matter. Signed by Judge Richard L. Young on 7/14/2021.(AAS) (Entered: 07/14/2021) |
| 07/14/2021 | 70 | ORDER denying as moot 58 Motion to Continue as to TRENT WALKER (1) MOTION IS DENIED AS MOOT in light of filing of plea agreement dkt. 62 . Thetrial date is vacated. Signed by Judge Richard L. Young on 7/14/2021. Electronic Notice to USPO.(AAS) (Entered: 07/14/2021) |
| 08/31/2021 | 73 | MOTION to Continue by TRENT WALKER (1). (Attachments: # 1 Text of Proposed Order)(Lynch, Shaunda) (Entered: 08/31/2021) |
| 09/02/2021 | 74 | ORDER granting 73 Motion to Continue as to TRENT WALKER (1) - The court, upon the unopposed Motion to Continue filed by the defendant dkt. 73 , VACATES the change of plea and sentencing hearing set for September 8, 2021 and RESETS hearing to OCTOBER 20, 2021 at 2:30 p.m. The defendant is ordered to appear, with counsel, |

| | | |
|---|---|---|
| | | before the Honorable Richard L. Young, Judge, in room 301 of the Federal Building, 101 NW M.L. King, Jr., Blvd., Evansville, Indiana 47708. Signed by Judge Richard L. Young on 9/2/2021. Electronic Notice to USPO.(AAS) (Entered: 09/02/2021) |
| 09/17/2021 | 78 | MOTION to Maintain Document Under Seal 77 Notice of Payee Identity (optional Sealed or Ex Parte) by USA as to TRENT WALKER (1). (Preston, Tiffany) (Entered: 09/17/2021) |
| 09/20/2021 | 80 | Submission of Proposed Order , re 78 MOTION to Maintain Document Under Seal 77 Notice of Payee Identity (optional Sealed or Ex Parte) by USA as to TRENT WALKER (1). (Preston, Tiffany) (Entered: 09/20/2021) |
| 09/21/2021 | 81 | ORDER granting 78 Motion to Maintain Document Under Seal as to TRENT WALKER (1). Signed by Magistrate Judge Matthew P. Brookman on 9/21/2021.(JRB) (Entered: 09/21/2021) |
| 10/18/2021 | 85 | SCHEDULING ORDER as to TRENT WALKER (1) - The sentencing hearing set for October 20, 2021 is VACATED AND RESET to NOVEMBER 12, 2021 at 1:00 p.m. The defendant is ordered to appear, with counsel, before the Honorable Richard L. Young, Judge, in room 301 of the Federal Building, 101 NW M.L. King, Jr., Blvd., Evansville, Indiana 47708. Signed by Judge Richard L. Young on 10/18/2021. Electronic Notice to USPO.(JRB) (Entered: 10/18/2021) |
| 10/22/2021 | 86 | OBJECTION to PRESENTENCE INVESTIGATION REPORT, filed by TRENT WALKER (1) . Electronic Notice to USPO.(Lynch, Shaunda) (Entered: 10/22/2021) |
| 11/04/2021 | 90 | CORRECTING ENTRY as to TRENT WALKER (1) - The hearing set for NOVEMBER 12, 2021 will be a combined change of plea and sentencing hearing at 1:00 p.m., not just a sentencing hearing as listed in the previous scheduling order at document 85 issued 10/18/21. Signed by Judge Richard L. Young on 11/4/2021. (JRB) (Entered: 11/04/2021) |
| 11/12/2021 | 92 | COURTROOM MINUTES for plea and sentencing hearing held 11/12/2021 before Judge Richard L. Young. Defendant TRENT WALKER appears in person and by CJA counsel Shaunda Lynch. Appearance for the USA by AUSA Tiffany Preston. USPO represented by Lisa Hunt. Plea Accepted. Factual Basis previously filed. The parties address the court regarding sentencing. The court now sentences the defendant. The defendant is remanded to the custody of the U.S. Marshal. (Court Reporter Maggie Techert) (TMD) (Entered: 11/12/2021) |
| 11/15/2021 | 93 | JUDGMENT as to TRENT WALKER (1), Pled guilty to counts 1-12. Imprisonment for a term of 210 years (2,520 months); Counts 1-6: 25 years on each count; and counts 7-12: 10 years on each count, all consecutive, for a total of 210 years (2,520 months). Supervised Release for a term of life on each of counts 1-12, concurrent. Special Assessment of $1200. Restitution of $20,000. Signed by Judge Richard L. Young on 11/15/2021. Electronic notice to USM-C.(JRB) (Entered: 11/16/2021) |
| 11/22/2021 | 95 | NOTICE OF APPEAL by TRENT WALKER re 93 Judgment. (No fee paid with this filing) (Lynch, Shaunda) (Entered: 11/22/2021) |

**Case #: 3:20-cr-00012-RLY-MPB-1**